```
McGREGOR W. SCOTT
United States Attorney
KYMBERLY A. SMITH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2771
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | **Case No: S-05-525 WBS** |
| ) | |
| Plaintiff,  ) | **JOINT STIPULATION TO CONTINUE** |
| ) | **STATUS CONFERENCE; ORDER** |
| V.  ) | |
| ) | |
| DUSTIN JAMES FUNICELLIO ) | |
| ) | Date: March 2, 2006 |
| Defendant.  ) | Time: 2:00 p.m. |
| ) | |
| ) | Honorable William B. Shubb |
| _____ ) | |

    Comes now the United States of America, by and through its counsel of record, McGregor W. Scott, United States Attorney for the Eastern District of California, and Kymberly A. Smith, Assistant United States Attorney for said district, as well as the defendant, represented by Philip Cozens, and respectively request that this Court reschedule the status conference currently set for March 2, 2006. The extension is needed due to the Court's unavailability on March 2, 2006.

    The parties therefore respectfully request that the status conference scheduled for March 2, 2006, be vacated and that the matter be rescheduled for March 23, 2006, at 2:00 p.m. The parties, also

request that time continue to be tolled from March 2, 2006, to and including March 23, 2006, pursuant to Local Code T4.  Based on the foregoing and by this stipulation, the parties jointly request that the Court continue the status conference which is currently scheduled from March 2, 2006 to March 23, 2006 at 2:00 p.m.

IT IS SO STIPULATED.

Date: February 13, 2006     /s/ Kymberly A. Smith
                            Kymberly A. Smith
                            Assistant United States Attorney
                            Attorney for Plaintiff
                            United States of America

Date: February 13, 2006     /s/Kymberly A. Smith for Philip Cozens
                            Philip Cozens
                            Attorney for Defendant, Dustin J. Funicellio

## ORDER

The parties' stipulation regarding the re-scheduling of the status conference is accepted by the Court.  The current status conference date of March 2, 2006, be and the same hereby is, VACATED.  A further status conference is now scheduled for March 23, 2006, at 2:00 p.m.  It is FURTHER ORDERED that the time will continue to be tolled from March 2, 2006, to and including March 23, 2006, pursuant to Local Code T4.

**IT IS SO ORDERED.**

February 14, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE