Philip Cozens, State Bar Number 84051
1001 Sixth Street, Suite 400
Sacramento, CA  95814
Telephone: (916) 443-1504
Attorney for Defendant Dustin Funicellio

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR-S-05-0525 WBS |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER TO |
| | ) | CONTINUE STATUS CONFERENCE |
| v. | ) | TO MAY 17, 2006 |
| | ) | |
| | ) | |
| DUSTIN FUNICELLIO, | ) | Date: April 26, 2006 |
| | ) | Time: 9:00 a.m. |
| Defendant. | ) | Courtroom: Shubb |
| _____ | ) | |

It is stipulated between the United States Attorney as represented by Kymberly Smith, Assistant United States Attorney, and Defendant as represented by Philip Cozens, attorney at law, that the trial status conference in the above-entitled case be continued from April 26, 2006 at 9:00 a.m. to May 17, 2006 at 9:00 a.m. in the same Courtroom.  It is further stipulated by said Assistant United States Attorney and Defendant that Defendant need not appear in Court on April 26, 2006, but must appear on May 17, 2006.  Defendant's attorney is engaged in a

criminal trial in state court (People v. Sabich-Robison). Further Defendant's attorney is reweighing and evaluating the quality of the contraband methamphetamines.  It is further stipulated that time should be excluded from the speedy trial right from April 26, 2006 through and including May 17, 2006 for defense attorney preparation.

Dated: April 24, 2006


\_\_/s/ Kymberly Smith\_\_                  \_\_/s/ Philip Cozens_____
Kymberly Smith, Esq.                      Philip Cozens
Assistant United States Attorney          Attorney for Defendant
                                          Dustin Funicellio

**ORDER**

The Court, having read and considered the "Stipulation to Continue the Status Conference to May 17, 2006, and finding good cause therefore, the Court hereby orders the following:

    1) that the status conference in the above-entitled case be continued from April 26, 2006 at 9:00 a.m. to May 17, 2006 at 9:00 a.m. in the same Courtroom;

    2) that Defendant need not appear in Court on April 26, 2006, but must appear on May 17, 2006; and

    3) time will be excluded for defense attorney preparation until May 17, 2006.

Dated: April 25, 2006

*[signature]*

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE