Philip Cozens, State Bar Number 84051
1001 Sixth Street, Suite 400
Sacramento, CA  95814

Telephone: (916) 443-1504

Attorney for Defendant Dustin Funicellio

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>)<br>)<br>)<br>DUSTIN FUNICELLIO, )<br>)<br>Defendant. )<br>_____) | Case No. CR-S-05-0525 WBS<br><br>STIPULATION AND ORDER TO<br>CONTINUE SENTENCING HEARING<br>TO DECEMBER 13, 2006<br><br>Date: October 11, 2006<br>Time: 9:00 a.m.<br>Courtroom: Shubb |

It is stipulated between the United States Attorney as represented by Kymberly Smith, Assistant United States Attorney, and Defendant as represented by Philip Cozens, attorney at law, that the sentencing hearing in the above-entitled case be continued from October 11, 2006 at 9:00 a.m. to December 13, 2006 at 9:00 a.m. in the same Courtroom.  It is further stipulated by said Assistant United States Attorney and Defendant that Defendant need not appear in Court on October 11, 2006, but must appear on December 13, 2006.  The government is engaged in investigation that may reduce Defendant's ultimate sentence.  It is further stipulated that time should be excluded from the speedy trial right from October 11, 2006 through and including December 13, 2006 for defense attorney preparation.

STIPULATION TO CONTINUE SENTENCING AND ORDER                                                                                                    -1-

PDF created with pdfFactory trial version www.pdffactory.com

Dated: October 5, 2006

__/s/ Kymberl.y Smith__  __/s/ Philip Cozens_____
Kymberly Smith, Esq.  Philip Cozens
Assistant United States Attorney  Attorney for Defendant
  Dustin Funicellio

**ORDER**

The Court, having read and considered the "Stipulation to Continue the Sentencing hearing to December 13, 2006", and finding good cause therefore, the Court hereby orders the following:

1) that the sentencing hearing in the above-entitled case be continued from October 11, 2006 at 9:00 a.m. to December 13, 2006 at 9:00 a.m. in the same Courtroom; and

2) that Defendant need not appear in Court on October 11, 2006, but must appear on December 13, 2006.

Dated:  October 6, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com