Philip Cozens, State Bar Number 84051
1007 Seventh Street, Suite 500
Sacramento, CA  95814

Telephone: (916) 443-1504

Attorney for Defendant Dustin Funicellio

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR-S-05-0525 WBS |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER TO |
| | ) | CONTINUE SENTENCING HEARING |
| | ) | TO FEBRUARY 12, 2007 |
| | ) | |
| DUSTIN FUNICELLIO, | ) | Date: December 13, 2006 |
| | ) | Time: 9:00 a.m. |
| Defendant. | ) | Courtroom: Shubb |
| _____ | ) | |

It is stipulated between the United States Attorney as represented by Carolyn Delaney, Assistant United States Attorney, and Defendant as represented by Philip Cozens, attorney at law, that the sentencing hearing in the above-entitled case be continued from December 13, 2006 at 9:00 a.m. to February 12, 2007 at 8:30 a.m. in the same Courtroom.  It is further stipulated by said Assistant United States Attorney and Defendant that Defendant need not appear in Court on December 13, 2006, but must appear on February 12, 2007.  The government is engaged in investigation that may reduce Defendant's ultimate sentence.  It is further stipulated that time should be excluded from the speedy trial right from December 13, 2006 through and including February 12, 2007 for defense attorney preparation.

PDF created with pdfFactory trial version www.pdffactory.com

Dated: December 10, 2006

__/s/ Carolyn Delaney__  __/s/ Philip Cozens_____
Carolyn Delaney, Esq.  Philip Cozens
Assistant United States Attorney  Attorney for Defendant
  Dustin Funicellio

**ORDER**

The Court, having read and considered the "Stipulation to Continue the Sentencing hearing to February 12, 2007", and finding good cause therefore, the Court hereby orders the following:

1) that the sentencing hearing in the above-entitled case be continued from December 13, 2006 at 9:00 a.m. to February 12, 2007 at 8:30 a.m. in the same Courtroom;

2) that Defendant need not appear in Court on December13, 2006, but must appear on February 12, 2007; and

3) time will be excluded for defense attorney preparation until February 12, 2007

Dated:  December 12, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com