Philip Cozens, State Bar Number 84051
1001 Sixth Street, Suite 400
Sacramento, CA 95814

Telephone: (916) 443-1504

Attorney for Defendant Dustin Funicellio

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR-S-05-0525 WBS |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER TO |
| | ) | CONTINUE SENTENCING HEARING |
| | ) | TO MARCH 19, 2007 |
| | ) | |
| DUSTIN FUNICELLIO, | ) | Date: February 12, 2007 |
| | ) | Time: 9:00 a.m. |
| Defendant. | ) | Courtroom: Shubb |
| _____ | ) | |

It is stipulated between the United States Attorney as represented by Carolyn Delaney, Assistant United States Attorney, and Defendant as represented by Philip Cozens, attorney at law, that the sentencing hearing in the above-entitled case be continued from February 12, 2007 at 9:00 a.m. to March l9, 2007 at 9:00 a.m. in the same Courtroom. It is further stipulated by said Assistant United States Attorney and Defendant that Defendant need not appear in Court on February 12, 2007, but must appear on March 19, 2007. It is further stipulated that time should be excluded from the speedy trial right from February 12, 2007 through and including March 19, 2007 for defense attorney preparation.

PDF created with pdfFactory trial version www.pdffactory.com

Dated: February 7, 2007

__/s/ Carolyn Delaney__  __/s/ Philip Cozens_____
Carolyn Delaney, Esq. Philip Cozens
Assistant United States Attorney Attorney for Defendant
Dustin Funicellio

**ORDER**

The Court, having read and considered the "Stipulation to Continue the Sentencing Hearing to March 19, 2007, and finding good cause therefore, the Court hereby orders the following:

1) that the status conference in the above-entitled case be continued from February 12, 2007 at 9:00 a.m. to March 19, 2007 at 9:00 a.m. in the same Courtroom;

2) that Defendant need not appear in Court on February 12, 2007, but must appear on March 19, 20076; and

3) time will be excluded for defense attorney preparation until March 19, 2007.

Dated: February 8, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE