Philip Cozens, State Bar Number 84051
1001 Sixth Street, Suite 400
Sacramento, CA  95814

Telephone: (916) 443-1504

Attorney for Defendant Dustin Funicellio

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR-S-05-0525 WBS |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO |
| ) | CONTINUE SENTENCING HEARING |
| ) | TO APRIL 9, 2007 |
| ) | |
| DUSTIN FUNICELLIO, ) | Date: March 19, 2007 |
| ) | Time: 9:00 a.m. |
| Defendant. ) | Courtroom: Shubb |
| _____) | |

It is stipulated between the United States Attorney as represented by Carolyn Delaney, Assistant United States Attorney, and Defendant as represented by Philip Cozens, attorney at law, that the sentencing hearing in the above-entitled case be continued from March 19, 2007 at 9:00 a.m. to April 9, 2007 at 8:30 a.m. in the same Courtroom.  It is further stipulated by said Assistant United States Attorney and Defendant that Defendant need not appear in Court on March 19, 2007, but must appear on April 9, 2007.  It is further stipulated that time should be excluded from the speedy trial right from March 19, 2007 through and including April 9, 2007 for defense attorney preparation.

PDF created with pdfFactory trial version www.pdffactory.com

Dated: March 13, 2007

__/s/ Carolyn Delaney__  __/s/ Philip Cozens_____
Carolyn Delaney, Esq.                         Philip Cozens
Assistant United States Attorney              Attorney for Defendant
                                              Dustin Funicellio

**ORDER**

The Court, having read and considered the "Stipulation to Continue the Sentencing Hearing to April 9, 2007, and finding good cause therefore, the Court hereby orders the following:

1) that the sentencing hearing in the above-entitled case be continued from March 19, 2007 at 9:00 a.m. to April 9, 2007 at 8:30 a.m. in the same Courtroom;

2) that Defendant need not appear in Court on March 19, 2007, but must appear on April 9, 2007; and

3) time will be excluded for defense attorney preparation until April 9, 2007.

Dated: March 14, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com