Philip Cozens SBN# 854051
LAW OFFICE OF PHILIP COZENS
1007 Seventh Street, Suite 500
Sacramento, CA 95814
Telephone: (916) 443-1504

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>vs.<br><br>DUSTIN JAMES FUNICELLIO,<br><br>       Defendant | Case No.: 2:05-cr-0525<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING TO JULY 2, 2007<br><br>Date:   May 21, 2007<br>Time:   8:30 a.m.<br>Courtroom:  Shubb |

    It is stipulated between the United States Attorney as represented by Carolyn Delaney, Assistant United States Attorney, and Defendant as represented by Philip Cozens, attorney at law, that the sentencing hearing in the above entitled case be continued from May 21, 2007 at 8:30 a.m. to July 2, 2007 at 8:30 a.m. in the same Courtroom. Defendant's attorney, Philip Cozens, is presently in trial on a murder case in San Bernardino County which he anticipates should finish around the first of June 2007. It is further stipulated by said Assistant United States Attorney and Defendant that Defendant need not appear in Court on May 21, 2007, but must appear on July 2, 2007. it is further stipulated that time should be excluded from the speedy trial right from May 21, 2007 through and including July 2, 2007 for defense preparation.

Dated this 17th day of May, 2007

____/s/ Carolyn Delaney_____          ___/s/ Philip Cozens_____
Carolyn Delaney                                        Philip Cozens, Attorney for
Assistant United States Attorney            Dustin Funicellio

STIPULATION AND ORDER - FUNICELLIO - 1

PDF created with pdfFactory trial version www.pdffactory.com

STIPULATION AND ORDER - FUNICELLIO - 2

**ORDER**

The Court, having read and considered the Stipulation to Continue the Sentencing Hearing to July 2, 2007, and finding good cause therefore, the Court hereby orders the following:

1) that the sentencing hearing in the above-entitled case be continued from May 21, 2007 at 8:30 a.m. to July 2, 2007 at 8:30 a.m. in the same Courtroom;

2) that Defendant need not appear in Court on May 21, 2007, but must appear on July 2, 2007; and

3) time will be excluded for defense attorney preparation until July 2, 2007.

Dated: May 17, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com