Philip Cozens, State Bar Number 84051
Attorney at Law
1007 Seventh Street, Suite 500
Sacramento, CA   95814

Telephone: (916) 443-1504
Fax: (916) 443-1511
Email: pcozens@aol.com

Attorney for Defendant Dustin Funicellio

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         ) | Case No. 2:05-CR-0525 WBS |
|                                  ) | |
|         Plaintiff,               ) | STIPULATION FOR CONTINUANCE OF |
|                                  ) | STATUS HEARING FROM FEBRUARY |
|         v.                       ) | 9, 2015 TO MARCH 9, 2015 |
|                                  ) | |
| DUSTIN FUNICELLIO,               ) | |
|                                  ) | |
|         Defendants.              ) | |
|                                  ) | |

It is stipulated between the United States Attorney's Office for the Eastern District of California by Assistant United States Attorney Amanda Beck, Esq. and Defendant Dustin Funicellio through his attorney Philip Cozens, Esq., that:

The Status Hearing currently scheduled for February 9, 2015, at 9:30 a.m. in Judge Shubb's Court be re-scheduled for March 9, 2015, at 9:30 a.m. in Judge Shubb's Court. The stipulated continuance is necessary for Defendant's attorney to review discovery and discuss strategies with the client.

Time should be excluded for defense attorney preparation pursuant to Local Code T4 and the ends of justice outweigh the Defendant's and the public's interest in a speedy trial. Time should be excluded from speedy trial calculations from February 9, 2015 through and including March 9, 2015.

STIPULATION FOR CONTINUANCE OF STATUS HEARING      -1-

Dated: January 26, 2015              /s/ Amanda Beck, Esq._____
                                     Amanda Beck, Esq.
                                     Assistant United States Attorney
                                     Eastern District of California


                                     /s/ Philip Cozens_____
                                     Philip Cozens
                                     Attorney for Defendant Dustin Funicellio

**ORDER**

The court, having read and considered the above-stipulation and finding good cause therefore, orders that the Status Hearing currently scheduled for February 9, 2015, at 9:30 a.m. in Judge Shubb's Court be re-scheduled for March 9, 2015 at 9:30 a.m. in Judge Shubb's Court. The stipulated continuance is necessary for Defendant's attorney to review discovery and discuss strategies with the client.  Time is excluded for defense attorney preparation pursuant to Local Code T4 and the court finds the ends of justice outweigh the Defendant's and the public's interest in a speedy trial.  Time will be excluded from speedy trial calculations from February 9, 2015 through and including March 9, 2015.

Dated:  February 6, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION FOR CONTINUANCE OF STATUS HEARING     -2-