Philip Cozens, State Bar Number 84051
Attorney at Law
1007 Seventh Street, Suite 500
Sacramento, CA 95814

Telephone: (916) 443-1504
Fax: (916) 443-1511
Email: pcozens@aol.com

Attorney for Defendant Dustin Funicellio

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DUSTIN FUNICELLIO,<br><br>Defendant. | Case No. 2:05-CR-0525 WBS<br><br>STIPULATION FOR CONTINUANCE OF ADMIT/DENY HEARING FROM MARCH 9, 2015 TO MARCH 30, 2015 |

It is stipulated between the United States Attorney's Office for the Eastern District of California by Assistant United States Attorney Amanda Beck, Esq. and Defendant Dustin Funicellio through his attorney Philip Cozens, Esq., that:

The Admit/Deny Hearing currently scheduled for March 9, 2015, at 9:00 a.m. in Judge Shubb's Court be re-scheduled for March 30, 2015, at 9:00 a.m. in Judge Shubb's Court. The stipulated continuance is necessary for Defendant's attorney to review discovery and retest chemical samples.

Time should be excluded for defense attorney preparation pursuant to Local Code T4 and the ends of justice outweigh the Defendant's and the public's interest in a speedy trial. Time should be excluded from speedy trial calculations from March 9, 2015 through and including March 30, 2015.

Dated: March 5, 2015

/s/ Amanda Beck, Esq.____________
Amanda Beck, Esq.
Assistant United States Attorney
Eastern District of California

/s/ Philip Cozens_________________
Philip Cozens
Attorney for Defendant Dustin Funicellio

**ORDER**

The court, having read and considered the above-stipulation and finding good cause therefore, orders that the Admit/Deny Hearing currently scheduled for March 9, 2015, at 9:00 a.m. in Judge Shubb's Court be re-scheduled for March 30, 2015 at 9:00 a.m. in Judge Shubb's Court. The stipulated continuance is necessary for Defendant's attorney to review discovery and retest chemical samples. Time is excluded for defense attorney preparation pursuant to Local Code T4 and the court finds the ends of justice outweigh the Defendant's and the public's interest in a speedy trial. Time will be excluded from speedy trial calculations from March 9, 2015 through and including March 30, 2015.

Dated: March 6, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE