Philip Cozens, State Bar Number 84051
Attorney at Law
1007 Seventh Street, Suite 500
Sacramento, CA  95814

Telephone: (916) 443-1504
Fax: (916) 443-1511
Email: pcozens@aol.com

Attorney for Defendant Dustin Funicellio

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:05-CR-0525 WBS |
| | ) | |
| Plaintiff, | ) | STIPULATION FOR CONTINUANCE OF |
| | ) | STATUS HEARING FROM MARCH 9 |
| v. | ) | 2015 TO DECEMBER 14, 2015 |
| | ) | |
| DUSTIN FUNICELLIO, | ) | |
| | ) | |
| Defendant. | ) | |
|_____ | ) | |

It is stipulated between the United States Attorney's Office for the Eastern District of California by Assistant United States Attorney Amanda Beck, Esq. and Defendant Dustin Funicellio through his attorney Philip Cozens, Esq.,  that:

The Status Hearing currently scheduled for October 26, 2015, at 9:30 a.m. in Judge Shubb's Court be re-scheduled for December 14, 2015, at 9:00 a.m. in Judge Shubb's Court. The stipulated continuance is necessary because Defendant's state trial for domestic violence (which is the basis for one of the counts of violation of supervised release) was continued on the motion of the District Attorney to December 1, 2015.

Time should be excluded for defense attorney preparation pursuant to Local Code T4 and the ends of justice outweigh the Defendant's and the public's interest in a speedy trial.  Time

1   should be excluded from speedy trial calculations from October 26, 2015 through and including

2   December 14, 2015.

3

4   Dated: October 22, 2015             /s/ Amanda Beck, Esq.          

5                                      Amanda Beck, Esq.

6                                        Assistant United States Attorney

7                                        Eastern District of California

8

9                                      /s/ Philip Cozens              

10                                     Philip Cozens

11                                     Attorney for Defendant Dustin Funicellio

12                                           **ORDER**

13          The court, having read and considered the above-stipulation and finding good cause

14   therefore, orders that the Admit/Deny Hearing currently scheduled for October 26, 2015, at 9:30

15   a.m. in Judge Shubb's Court be re-scheduled for December 14, 2015 at **9:00 a.m.** in Judge

16   Shubb's Court.  The stipulated continuance is necessary for the conclusion of Defendant's state

17   trial for domestic violence which is the basis for one of the alleged violation of supervised

18   release.  Time is excluded for defense attorney preparation pursuant to Local Code T4 and the

19   court finds the ends of justice outweigh the Defendant's and the public's interest in a speedy

20   trial.  Time will be excluded from speedy trial calculations from October 26, 2015 through and

21   including December 14, 2015.

22   Dated:  October 23, 2015

23

24                                    WILLIAM B. SHUBB

25                                    UNITED STATES DISTRICT JUDGE