Philip Cozens, State Bar Number 84051
Attorney at Law
1007 Seventh Street, Suite 500
Sacramento, CA   95814

Telephone: (916) 443-1504
Fax: (916) 443-1511
Email: pcozens@aol.com

Attorney for Defendant Dustin Funicellio

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:05-CR-0525 WBS |
| | ) | |
| Plaintiff, | ) | STIPULATION FOR CONTINUANCE OF |
| | ) | STATUS HEARING FROM DECEMBER |
| v. | ) | 14, 2015 TO JANUARY 25, 2016 |
| | ) | |
| DUSTIN FUNICELLIO, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

   It is stipulated between the United States Attorney's Office for the Eastern District of California by Assistant United States Attorney Amanda Beck, Esq. and Defendant Dustin Funicellio through his attorney Philip Cozens, Esq.,  that:

   The Status Hearing currently scheduled for December 14, 2015, at 9:00 a.m. in Judge Shubb's Court be re-scheduled for January 25, 2016, at 9:00 a.m. in Judge Shubb's Court.  The stipulated continuance is necessary because Defendant's state trial for domestic violence (which is the basis for one of the counts of violation of supervised release) was continued on the motion of the District Attorney to December 15, 2015.

   Time should be excluded for defense attorney preparation pursuant to Local Code T4 and the ends of justice outweigh the Defendant's and the public's interest in a speedy trial.  Time

STIPULATION FOR CONTINUANCE OF STATUS HEARING     -1-

should be excluded from speedy trial calculations from December 14, 2015 through and including January 25, 2016.

Dated: December 10, 2015        /s/ Amanda Beck, Esq.
                                Amanda Beck, Esq.
                                Assistant United States Attorney
                                Eastern District of California


                                /s/ Philip Cozens
                                Philip Cozens
                                Attorney for Defendant Dustin Funicellio

**ORDER**

The court, having read and considered the above-stipulation and finding good cause therefore, orders that the Admit/Deny Hearing currently scheduled for December 14, 2015, at 9:00 a.m. in Judge Shubb's Court be re-scheduled for January 25, 2016 at 9:00 a.m. in Judge Shubb's Court.  The stipulated continuance is necessary for the conclusion of Defendant's state trial for domestic violence which is the basis for one of the alleged violation of supervised release.  Time is excluded for defense attorney preparation pursuant to Local Code T4 and the court finds the ends of justice outweigh the Defendant's and the public's interest in a speedy trial.  Time will be excluded from speedy trial calculations from December 14, 2015 through and including January 25, 2016.

Dated:  December 11, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE