IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>v.<br><br>Dustin James Funicellio<br>Defendant | ORDER TO REDUCE<br>TERM OF SUPERVISED RELEASE FOR<br>SUCCESSFUL COMPLETION<br>OF REENTRY COURT<br>(18 U.S.C. 3583(3)(1)<br><br>Docket Number: 2:05CR00525-01 |

**FILED** APR 27 2017 CLERK, U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA BY _____ DEPUTY CLERK

On March 31, 2016, the defendant was accepted into the Reentry Court Program. On April 27, 2017, the defendant successfully completed the Reentry Court Program.

It is recommended by the Reentry Court Team that due to defendant's successful completion of the Reentry Court Program, the defendant's term of Supervised Release should be reduced by one year, with a new termination date of February 13, 2018.

In accordance with 18 U.S.C. § 3583(3)(1), the Reentry Court Magistrate Judge recommends that the reduction of the term of Supervised Release be approved.

These findings and recommendation are submitted to the District Judge assigned to this action, pursuant to 28 U.S.C. § 636(b)(1)(B) and this Court's Local Rule 302, and shall be considered forthwith without the need for time to respond.

Dated: April 26, 2017

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

**IT IS HEREBY ORDERED** that these findings and recommendations are adopted and approved. The defendant's term of Supervised Release is reduced by one year, with a new termination date of February 13, 2018.

Dated: April 26, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

cc: Defendant
Assistant United States Attorney: Amanda Beck
Defense Counsel: Philip Cozens